# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McCord, Andrea K. | United States Bankruptcy Court, Southern District of Indiana | 08/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination    Date <br> ☑ Initial    ☐ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 07/31/2020 |

**7. Chambers or Office Address**

121 W. Spring St
New Albany, IN 47150

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judge | Lawrence County Circuit Court |
| 2. | Chair of the Improvements to the Judiciary Committee | Indiana State Bar Association |
| 3. | Member | Indiana Criminal Justice Institute Board of Trustees |
| 4. | Member | Indiana Office of Court Services Strategic Planning Committee |
| 5. | Member | Indiana Council of Juvenile and Family Court Judges |
| 6. | Member | Indiana Judges' Association Board of Managers |
| 7. | Member | Lawrence County Bicentennial Commission |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2007 | State of Indiana Judicial Pension |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Lawrence Count Circuit Court (salary) | $65,322.73 |
| 2. 2018 | Lawrence Count Circuit Court (salary) | $150,135.00 |
| 3. 2017 | Lawrence Count Circuit Court (salary) | $147,218.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Indiana State Police (pension) |
| 2. 2020 | Indiana Gaming Commission (salary) |
| 3. 2019 | Indiana State Police (pension) |
| 4. 2019 | Indiana Gaming Commission (salary) |
| 5. 2018 | Indiana State Police (pension) |
| 6. 2018 | Indiana Gaming Commission (salary) |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | Exempt | | | | | |
| 2. HOOSIER HILLS CREDIT UNION (cash) | A | Int./Div. | J | T | | | | | |
| 3. RENTAL PROPERTY, NEW ALBANY, IN (Y) | | | | | | | | | |
| 4. 457(b) #1 (H) | | | | | | | | | |
| 5. STATE ST TARGET RET 2025 SL CL V (SSBSX) | | None | K | T | | | | | |
| 6. FIDELITY DIVERSIFIED INTERNATIONAL FUND (FDIVX) | | None | | | | | | | |
| 7. FIDELITY DIVERSIFIED INTL K6 (FKIDX) | A | Dividend | K | T | | | | | |
| 8. VANGUARD EXTENDED MARKET IDX I (VEXMX) | A | Dividend | | | | | | | |
| 9. STATE ST RUSSELL SMALL/MID IDX SL C1 II (SSMKX) | | None | J | T | | | | | |
| 10. IRONBRIDGE FRONTEGRA SMID FUND (IBSMX) | | None | | | | | | | |
| 11. VANGUARD CAPITAL OPPORTUNITY ADM (VHCAX) | C | Dividend | K | T | | | | | |
| 12. MFS MID CAP VALUE R6 (MVCKX) | A | Dividend | J | T | | | | | |
| 13. T. ROWE PRICE BLUE CHIP GROWTH TRUST T1 | | None | | | | | | | |
| 14. T ROWE PRICE BLUE CHIP GROWTH TR-T2 (TRBCX) | | None | K | T | | | | | |
| 15. PIMCO TOTAL RETURN INSTL (PTTRX) | C | Dividend | L | T | | | | | |
| 16. INDIANA STABLE VALUE FUND | | None | M | T | | | | | |
| 17. 401(a) #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. STATE ST TARGET RET 2025 SL CL V (SSBSX) | | None | J | T | | | | | |
| 19. FIDELITY DIVERSIFIED INTERNATIONAL FUND (FDIVX) | | None | | | | | | | |
| 20. FIDELITY DIVERSIFIED INTL K6 (FKIDX) | A | Dividend | J | T | | | | | |
| 21. IRONBRIDGE FRONTEGRA SMID FUND (IBSMX) | | None | | | | | | | |
| 22. VANGUARD EXTENDED MARKET IDX I (VEXMX) | A | Dividend | | | | | | | |
| 23. STATE ST RUSSELL SMALL/MID IDX SL CL II (SSMKX) | | None | J | T | | | | | |
| 24. T. ROWE PRICE BLUE CHIP GROWTH TRUST T1 | | None | | | | | | | |
| 25. T ROWE PRICE BLUE CHIP GROWTH TR-T2 (TRBCX) | | None | J | T | | | | | |
| 26. 457(b) #2 (H) | | | | | | | | | |
| 27. STATE ST TARGET RET 2035 SL CL V (SSBSX) | | None | | | | | | | |
| 28. FIDELITY DIVERSIFIED INTL K6 (FKIDX) | A | Dividend | | | | | | | |
| 29. STATE ST RUSSELL SMALL/MID IDX XL CL II (SSMKX) | | None | | | | | | | |
| 30. T ROWE PRICE BLUE CHIP GROWTH TRUST TR-T2 (TRBCX) | | None | | | | | | | |
| 31. IRONBRIDGE FRONTEGRA SMID FUND (IBSMX) | | None | | | | | | | |
| 32. VANGUARD EXTENDED MARKET IDX I (VEXMX) | A | Dividend | | | | | | | |
| 33. FIDELITY DIVERSIFIED INTERNATIONAL FUND (FDIVX) | | None | | | | | | | |
| 34. T. ROWE PRICE BLUE CHIP GROWTH TRUST T1 (TRBCX) | | None | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. 401(a) #2 (H) | | | | | | | | | |
| 36. STATE ST TARGET RET 2025 SL CL V | | None | | | | | | | |
| 37. IRA #1 (H) | | | | | | | | | |
| 38. CHEVRON CORP (CVX) | | None | J | T | | | | | |
| 39. CSX CORP (CSX) | | None | J | T | | | | | |
| 40. DIAGEO PLC ADR NEW (DEO) | | None | J | T | | | | | |
| 41. ELI LILLY & CO (LLY) | | None | J | T | | | | | |
| 42. FORTIS INC (FTS) | | None | J | T | | | | | |
| 43. PAYPAL HOLDINGS INC (PYPL) | | None | J | T | | | | | |
| 44. REGIONS FINANCIAL CORP (RF) | | None | J | T | | | | | |
| 45. SOUTHWEST AIRLINES CO (LUV) | | None | J | T | | | | | |
| 46. TRACTOR SUPPLY CO (TSCO) | | None | J | T | | | | | |
| 47. WALT DISNEY CO (DIS) | | None | J | T | | | | | |
| 48. AMERICAN BOND FUND OF AMERICA A (ABNDX) | A | Dividend | K | T | | | | | |
| 49. AMERICAN FUNDAMENTAL INV A (ANCFX) | | None | J | T | | | | | |
| 50. AMERICAN GROWTH FD OF AMERICA A (AGTHX) | | None | J | T | | | | | |
| 51. AMERICAN HIGH-INCOME TRUST A (AHITX) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. AMERICAN INT BD FD of AMER A (AIBAX) | A | Dividend | | | | | | | |
| 53. AMERICAN INVEST CO of AMER A (AIVSX) | A | Dividend | | | | | | | |
| 54. AMERICAN NEW PERSPECTIVE A (ANWPX) | A | Dividend | J | T | | | | | |
| 55. AMERICAN NEW WORLD A (RNEBX) | | None | J | T | | | | | |
| 56. AMERICAN SMALLCAP WORLD A (SMCWX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part I, lines 1-7 and Part III A., line 1: Concluded prior to taking the federal bench.

Part III A.: None for 2020.

STATE ST TARGET RET 2025 SL CL V was INDIANA 2025 FUND.

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/09/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Andrea K. McCord**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544